435 A.2d 644

Commonwealth v. Jackson, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.